# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 96-20365
Summary Calendar

In the Matter of:  VALENZIO C. MASCIO, M.D.


JOHN HOWARD HOLLOWAY,

Appellant,

versus

VALENZIO C. MASCIO, M.D.,

Appellee.

Appeal from the United States District Court
For the Southern District of Texas
(CA-H-93-1552)

December 31, 1996

Before POLITZ, Chief Judge, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[*]

The information now before the court establishes that this court's opinion filed

December 23, 1996 was improvidently issued.  Accordingly, that opinion is

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

RECALLED and VACATED and the appeal is DISMISSED.